

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-17-00848-CR

Lewis M. **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12120
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted in part. We order appellant's brief due April 16, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court